IN RE J.B.

[Cite as *In re J.B.,* **134 Ohio St.3d 538, 2012-Ohio-5675.**]

*Cause remanded for application of* State ex rel. Jean-Baptiste v. Kirsch.

(No. 2012-0018—Submitted December 4, 2012—Decided

December 6, 2012.)

APPEAL from the Court of Appeals for Franklin County,

No. 11AP-243, 2011-Ohio-6134.

_____

{¶ 1} This cause is remanded to the Tenth District Court of Appeals for application of *State ex rel. Jean-Baptiste v. Kirsch*, 134 Ohio St.3d 421, 2012-Ohio-5697, 983 N.E.2d 302. The oral argument scheduled for January 8, 2013, is canceled.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Ron O'Brien, Franklin County Prosecuting Attorney, and Katherine J. Press, Assistant Prosecuting Attorney, for appellee.

Timothy Young, State Public Defender, and Brooke M. Burns, Assistant Public Defender, for appellant.

_____